# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NICKI BOYD,<br><br>                    Appellant,<br><br>          vs.<br>THE STATE OF NEVADA,<br><br>                    Respondent. | No. 74577 |
| NICKI BOYD,<br><br>                    Appellant,<br><br>          vs.<br>THE STATE OF NEVADA,<br><br>                    Respondent. | No. 74578 ✓ |

FILED

JAN 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant filed the notices of appeal on November 2, 2017, and November 9, 2017. The notices of appeal fail to identify any decisions of the district court. Further, it does not appear from the district court docket and minute entries that the district court has entered any appealable order. Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

18-03815

cc: Hon. Douglas Smith, District Judge
Nicki Boyd
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

